FILED

JUN 1 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN MARIE HOGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROFESSIONAL PERFORMANCE DEVELOPMENT GROUP, INC., a Texas corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 04CV424 - IEG (BLM)<br><br>**SPECIAL VERDICT FORM** |

### SPECIAL JURY VERDICT FORM

We, the jury in the above entitled action, find the following verdict on the following questions submitted to us:

1. Has the plaintiff, Evelyn Hogan, proved by a preponderance of the evidence that the defendant, Professional Performance Development Group, Inc. ("PPDG") ratified or acquiesced to the sexual assault by failing to take immediate and corrective action once it knew of the assault?

　　____ Yes　　　　✗ No

///

///

If your answer to question 1 is yes, then answer question 2. If you answered no, proceed to question 3.

2. Was the failure of Defendant PPDG to take prompt, effective remedial action a substantial factor in causing harm to Plaintiff Evelyn Hogan?

____ Yes   ____ No

Proceed to question 3.

3. Has Plaintiff Evelyn Hogan proved by a preponderance of the evidence that Defendant PPDG's decision to terminate her was because of her report of sexual assault?

____ Yes   _X_ No

If your answer to question 3 is yes, then answer question 4. If you answered no to questions 1, 2, or 3, sign and date this form.

4. Was Defendant PPDG's retaliatory conduct a substantial factor in causing harm to Plaintiff Evelyn Hogan?

____ Yes   ____ No

If you answered yes to either questions 2 or 4, then proceed to question 5.

5. What are Plaintiff Evelyn Hogan's damages?

$_____

6. Did Plaintiff Evelyn Hogan prove by a preponderance of the evidence that the conduct of Defendant PPDG was malicious, oppressive or in reckless disregard of her rights?

____ Yes   ____ No

Signed: _[signature]_
PRESIDING JUROR

Dated: June _14_, 2007