FILED

2007 JUN 26 AM 9:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ ᴅᴇᴘᴜᴛʏ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN MARIE HOGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PROFESSIONAL PERFORMANCE DEVELOPMENT GROUP, INC., *et al.*,<br><br>    Defendants. | CASE NO. 04-CV-0424 IEG (BLM)<br><br>[~~PROPOSED~~] JUDGMENT FOLLOWING JURY VERDICT<br><br>Hon. Irma Gonzales<br>Ctrm: 1 |

On February 27, 2004, Plaintiff Evelyn Marie Hogan filed a complaint in the United States District Court, Southern District of California against Professional Performance Development Group, Inc.

This Action came on regularly for trial on June 5, 2007 in Courtroom 1 of the United States District Court, Southern District of California, the Honorable Irma E. Gonzalez, Judge Presiding. Plaintiff Evelyn Marie Hogan, appeared by and through her attorney, Suzy Moore of the Law Office of Suzy Moore, and Defendant Professional Performance Development Group, Inc., appeared through their attorneys Hugh A. McCabe and David P. Hall of the law firm of Neil, Dymott, Frank, McFall & Trexler, APLC.

06/22/2007  14:08  16194699419  SUZY C MOORE  PAGE 02

A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict. The jury deliberated and thereafter returned to the Court with a unanimous verdict in favor of Professional Performance Development Group, Inc. on all causes of actions submitted to them.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That Judgment shall be entered in favor of Professional Performance Development Group, Inc and against Evelyn Marie Hogan.

2. That, pursuant to Federal Rule of Civil Procedure 54(d)(1), Professional Performance Development Group, Inc. may seek to recover appropriate costs.

IT IS SO ORDERED.

Dated: 6/25/07

Honorable Irma E. Gonzalez, Chief Judge
~~Judge of the District Court~~
United States District Court

APPROVED AS TO FORM AND CONTENT.

Dated: June 22, 2007

Suzy Moore, Esq.
Attorney for Plaintiff
EVELYN MARIE HOGAN

Dated: June 22, 2007

Hugh A. McCabe, Esq.
David P. Hall, Esq.
Attorney for Defendant
PROFESSIONAL PERFORMANCE
DEVELOPMENT GROUP, INC.